United States District Court
Eastern District of Virginia
Newport News Division

Plaintiff - Lizette Vazquez
2200 Old York-Hampton Hwy Yorktown
VA 23692

2:10cv638

Defendants - Precon Marine, Inc.
1401 Precon Drive Suite 102
Chesapeake, VA 23320

## Complaint

I was told by the E.E.O.C to file with the District Court.

I was discriminated because I am a female. On or about June 20, 2007, I began work for Precon Marine, Inc. I was hired as a Commercial Diver. I was subjected to ongoing gender harassment from my supervisor and coworkers, which has created a hostile work environment. Supervisor Rick Reynolds does not treat me the same as the male divers. For example, when I complained that he wasn't letting me dive regularly, He told me the job was too hard and that I wouldn't be able to handle it because I am a woman. My male coworkers are normally assigned the primary tasks, while I'm assigned to support tasks. When I am given an assignment, Mr. Reynolds will preface it with a threat regarding to doing the job correctly.

or in the allotted amount of time, etc. My coworkers communicate amongst themselves regarding the best way to complete a task and what tools to use, I'm simply told to perform the task. My coworkers also engage in conduct intended to make me look incompetent, such as dropping tools they hand to me - which I then have to search for. There is no visiablity and its dark and very cold. My life at times was put in dangerous conditions, because of there actions! When my coworkers discovered my wage rate, they complained that I was overpaid and accused me of being a poor diver. In response, the owner reduced my wages to the rate that is lower than similarly situated male divers. In the winter when it was cold. The male divers didn't want to get into the water. So they used me. I was doing the same work but being paid less. One of my co-workers engaged in sexually explicit dialogue that was intended to embarass and harass me. I complained to the employer and several supervisors about the discriminatory and verbal abuse environment and conduct but they have failed to take remedial action. The job I was on with Mr. Reynolds was put on hold. I was then sent to another job site. The supevisor there had no problems with my diving abilities. I was put into the water for work all the time.

I was diving but being paid less.

I believe that I have been discriminated against based on my sex (female) in violation of title VII of the Civil Rights act of 1964, as amended, the Equal pay act of 1963, as amended, and the Virginia Human Rights act, VA Code 2.1-3900, et seq.

I am the only female diver in the State of Virginia. There arent many female divers. I am told that in the 20yrs of diving. I was the first they met and worked with. I just want to work, I love my job.

I seek justice and the right for other female divers who come after me, To be able to do there jobs without the harassment and discrimination. I seek back pay, and any monies the court feels I should recieve.

*Lizette Vazquez*

Lizette Vazquez
2200 old york-Hampton Hwy
yorktown  VA  23692
757-327-8120

I dont have the funds to hire a lawyer. I contacted legal Aide as a last resort. They cannot take my case (see inclosed letter). I am still activly seeking a lawyer.