**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| **LIZETTE VAZQUEZ,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**PRECON MARINE, INC.**<br><br>    **Defendant.** | Case No.: 2:10cv638 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for:

Precon Marine, Inc.

in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                              Respectfully submitted,
                                              PRECON MARINE, INC.

By:  ____/s/_____
                J. Nelson Wilkinson
                Virginia State Bar No. 75567
                Counsel for Defendant
                WILLIAMS MULLEN, P.C.
                P.O. Box 1320
                Richmond, Virginia 23218-1320
                Telephone: (804) 783-6591
                Facsimile:  (804) 783-6507
                nwilkinson@williamsmullen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2011, I electronically filed the foregoing Financial Interest Disclosure Statement with the Clerk of the Court using the CM/ECF system and then will mail the pleading, along with a copy of the notification of such filing (NEF), via U.S. Mail, to the following non-filing user::

        Lizette Vazquez
        2200 Old York-Hampton Highway
        Yorktown, VA 23692
        *Pro Se Plaintiff*

By:    ____/s/_____
        J. Nelson Wilkinson
        Virginia State Bar No. 75567
        Counsel for Defendant
        WILLIAMS MULLEN, P.C.
        P.O. Box 1320
        Richmond, Virginia 23218-1320
        Telephone: (804) 783-6591
        Facsimile:  (804) 783-6507
        nwilkinson@williamsmullen.com

14284037_1.DOC